# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANCIS MCCAFFERTY, | § |
| | § |
| *Plaintiff*, | § C.A. NO. 1:19-CV-01356-MN |
| | § |
| v. | § |
| | § |
| CUSHMAN & WAKEFIELD U.S., INC., CUSHMAN & WAKEFIELD PLC, and DTZ JERSEY HOLDINGS, LTD., | § |
| | § |
| *Defendants*. | § |

## STIPULATION AND [PROPOSED] ORDER
## STAYING CASE DEADLINES

WHEREAS, a confidential settlement of this matter has been reached, the terms of which are being memorialized at this time; and

WHEREAS, pending the completion of the confidential settlement, which will culminate in the filing of a Stipulation of Dismissal with Prejudice, the Plaintiff agrees that all deadlines in this matter are appropriately stayed;

NOW, THEREFORE, it is hereby STIPULATED and AGREED, by the undersigned parties hereto that any and all deadlines in this matter as to all named Defendants are stayed pending the completion of the confidential settlement of this matter, which will culminate in the filing of a Stipulation of Dismissal of this matter with prejudice.

| LAW OFFICE OF DANIEL C. HERR LLC | GIBBONS P.C. |
|---|---|
| */s/ Daniel C. Herr* <br> Daniel C. Herr, Esq. (# 5497) <br> 1225 North King Street, Suite 1000 <br> Wilmington, DE 19801 <br> (302) 483-7060 <br> dherr@dherrlaw.com <br><br> *Attorneys for Plaintiff* <br> *Francis McCafferty* <br><br> Dated: August 28, 2020 | */s/ Christopher Viceconte* <br> Christopher Viceconte (# 5568) <br> 300 Delaware Avenue, Suite 1015 <br> Wilmington, DE 19801 <br> (302) 518-6322 <br> cviceconte@gibbonslaw.com <br><br> OF COUNSEL: <br><br> Sawnie A. McEntire - *pro hac vice* <br> Luke Madole - *pro hac vice* <br> PARSONS MCENTIRE MCCLEARY PLLC <br> 1700 Pacific Avenue, Suite 4400 <br> Dallas, Texas 75201 <br> Tel. (214) 237-4300 <br> Fax (214) 237-4340 <br> smcentire@pmmlaw.com <br> lmadole@pmmlaw.com <br><br> *Attorneys for Defendants* <br> *Cushman & Wakefield U.S., Inc.* <br><br> Dated: August 28, 2020 |

It is SO ORDERED this _____ day of August 2020.

_____
The Honorable Maryellen Noreika