# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANCIS MCCAFFERTY, § | |
| § | |
| *Plaintiff*, § | C.A. NO. 1:19-CV-01356-MN |
| § | |
| v. § | |
| § | |
| CUSHMAN & WAKEFIELD U.S., § | |
| INC., CUSHMAN & WAKEFIELD § | |
| PLC, and DTZ JERSEY § | |
| HOLDINGS, LTD., § | |
| § | |
| *Defendants*. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree, through their undersigned counsel, that this action and all claims asserted or that could have been asserted in this action by Plaintiff Francis McCafferty as against Defendants Cushman & Wakefield U.S., Inc., Cushman & Wakefield, PLC, and DTZ Jersey Holdings, Ltd, and any and all previously named defendants in this action, are dismissed with prejudice. All parties shall bear their own attorney's fees and costs.

| **LAW OFFICE OF DANIEL C. HERR LLC** | **GIBBONS P.C.** |
|---|---|
| */s/ Daniel C. Herr* | */s/ Christopher Viceconte* |
| Daniel C. Herr, Esq. (# 5497) | Christopher Viceconte (# 5568) |
| 1225 North King Street, Suite 1000 | 300 Delaware Avenue, Suite 1015 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 483-7060 | (302) 518-6322 |
| dherr@dherrlaw.com | cviceconte@gibbonslaw.com |

*Attorneys for Plaintiff
Francis McCafferty*

Dated:  September 15, 2020

OF COUNSEL:

Sawnie A. McEntire - *pro hac vice*
Luke Madole - *pro hac vice*
PARSONS MCENTIRE MCCLEARY PLLC
1700 Pacific Avenue, Suite 4400
Dallas, Texas  75201
Tel.  (214) 237-4300
Fax  (214) 237-4340
smcentire@pmmlaw.com
lmadole@pmmlaw.com

*Attorneys for Defendants*

Dated:  September 15, 2020

It is SO ORDERED this _____ day of September, 2020.

_____
United States District Court Judge